IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REYMO OBREGON-ROCHA,<br><br>    Petitioner,<br><br>   v.<br><br>ALBERTO GONZALES,<br><br>    Respondent.<br>_____/ | No. C 05-01240 CRB<br><br>**ORDER TO SHOW CAUSE AND ORDER RE: REMOVAL** |

       The government has asked that this Court transfer this action immediately to Ninth Circuit to be treated as a petition for review pursuant to the REAL ID Act of 2005, Pub. L. No. 109-12, Div.B, 119 Stat. 231.  Petitioner is hereby ORDERED to show cause why the Court should not order such a transfer.  Petitioner may file a brief opposing the transfer request no later than June 8, 2005.  If petitioner fails to file a brief, the Court shall deem such failure as consent to such transfer.  If petitioner does file an opposition, the government may file a reply no later than June 14, 2005.

       Given this briefing schedule, it is further ORDERED that ICE will not execute petitioner's final order of removal prior to 5:00 p.m. on June 17, 2005.

       **IT IS SO ORDERED.**

Dated: June 2, 2005

                                                           /s/<br>
                                             CHARLES R. BREYER<br>
                                             UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\1240\OSC.wpd