**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REYMO OBREGON-ROCHA, | No. C 05-01240 CRB |
| Petitioner, | **ORDER TRANSFERRING CASE DESIGNATED AS PETITION FOR REVIEW** |
| v. | |
| ALBERTO GONZALES, | |
| Respondent. | |

The government has moved for transfer of this action to the Ninth Circuit to be treated as a petition for review pursuant to the REAL ID Act of 2005, Pub. L. No. 109-12, Div.B, 119 Stat. 231. Petitioner has filed a statement of nonopposition to the motion. Therefore, it is hereby ORDERED that this case be TRANSFERRED to the United States Court of Appeals for the Ninth Circuit, to be treated as a petition for review. The clerk shall transfer the entire case file to that court forthwith.

Petitioner has also requested that the stay of removal entered in this action, which pursuant to an order of this Court has been extended until 5:00 p.m. on June 17, 2005, remain in effect pending transfer. That request is granted.

**IT IS SO ORDERED.**

Dated: June 10, 2005

　　　　　　　　　　　　　　　　　　/s/
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\1240\transfer order.wpd